AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00184 |
| **Marcus Clint Martin** | ) | Assigned to: Judge Meriweather, Robin M. |
| | ) | Assign Date: 7/27/2023 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Marcus Clint Martin    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds .

Date:    07/27/2023

2023.07.27 13:12:22
-04'00'
*Issuing officer's signature*

City and state:    Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  7-27-23 , and the person was arrested on *(date)*  7-31-2022 |
| at *(city and state)*  Panama City FL . |
| Date:  7-31-23 |
| *Arresting officer's signature* |
| Jacob Hamilton  Special Agent |
| *Printed name and title* |